# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

THOMAS BAUMANN

VERSUS

VOLKERT, INC., MEYER
ENGINEER, LTD., DUB JOHNSON
PAVING CONTRACTOR, INC.,
TERRY HONORE CONSTRUCTION
COMPANY, INC., THE CITY OF
BATON ROUGE, EAST BATON
ROUGE PARISH AND BATON ROUGE
METROPOLITAN COMMISSION

NO.   2023 CW 0234

May 25, 2023

---

In Re:    Meyer Engineers, Ltd, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 716577.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT